IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WP COMPANY LLC**<br>**d/b/a THE WASHINGTON POST**,<br><br>    1301 K Street NW<br>    Washington, DC 20071<br><br>             Plaintiff,<br><br>v.<br><br>**FEDERAL BUREAU OF INVESTIGATION**,<br><br>    935 Pennsylvania Avenue NW<br>    Washington, DC 20535<br><br>             Defendant. | Case No. |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Plaintiff WP Company LLC d/b/a *The Washington Post* ("the *Post*") brings this suit against Defendant the Federal Bureau of Investigation ("the FBI"), and states as follows:

**INTRODUCTION**

1.     This is an action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, for declaratory, injunctive, and other appropriate relief.

2.     Through FOIA, the *Post* seeks records related to the fatal shooting of Bijan C. Ghaisar by U.S. Park Police officers Alejandro Amaya and Lucas Vinyard in November 2017.

3.     Releasing these records, which relate to the killing of an unarmed citizen at the hands of federal law enforcement, will greatly inform the public about "what their government [was] up to," *Dep't of Justice v. Reporters Comm. for Freedom of Press*, 489 U.S. 749, 773 (1989), during the nearly six years that have passed since Ghaisar was shot to death.

4.     Though transparency is profoundly needed in this case, the FBI has, without explanation, withheld all of the records responsive to the *Post*'s FOIA request.

## PARTIES

5. Plaintiff, the *Post*, is a news organization based in Washington, D.C. It publishes the leading daily newspaper, by print circulation, in the nation's capital, as well as the website washingtonpost.com, which is among the most widely viewed news sites in the U.S., reaching tens of millions of unique visitors per month, according to independent auditor comScore. The *Post* also offers an array of mobile, tablet, and digital publishing products, and licenses its proprietary digital experience platform, Arc XP, to more than 1,900 other websites. But outstanding journalism remains the core of the *Post*'s work – and has been recognized with more than 70 Pulitzer Prizes since 1917.

6. Defendant, the FBI, is an agency within the meaning of 5 U.S.C. § 552(f)(1). The FBI has possession and control of records requested by the *Post*.

## JURISDICTION AND VENUE

7. This action arises under FOIA. This Court has subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B) & (a)(6)(C)(i). This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331.

8. Venue is proper in this judicial district under 5 U.S.C. § 552(a)(4)(B).

## FACTUAL ALLEGATIONS

**The Fatal Shooting of Bijan Ghaisar**

9. Bijan Ghaisar was a 25-year-old resident of McLean, Virginia. A graduate of Virginia Commonwealth University, he worked as an accountant with his father.[1]

---

[1] Tom Jackman, *Man shot by U.S. Park Police dies, was unarmed, family says*, Wash. Post (Nov. 28, 2017), https://www.washingtonpost.com/news/true-crime/wp/2017/11/28/man-shot-by-u-s-park-police-dies-was-unarmed-family-says/.

10. On November 17, 2017, Ghaisar's car was rear-ended by another driver.[2] Ghaisar reportedly drove off, and one of the individuals in the other car called 911 and provided Ghaisar's license plate information.[3]

11. Two Park Police officers—later identified as Alejandro Amaya and Lucas Vinyard—soon spotted Ghaisar's car and began following him.[4] The officers activated their vehicle's lights and sirens, signaling for Ghaisar to pull over.[5]

12. Officers Amaya and Vinyard began to pursue Ghaisar.[6] At some point early in the pursuit, dispatch informed the officers that Ghaisar was the victim, not the perpetrator, of the earlier collision.[7]

---

[2] Tom Jackman, *Park Police shooting victim was rear-ended by another car at start of incident, then fled, report says*, Wash. Post (Jan. 18, 2018), https://www.washingtonpost.com/news/true-crime/wp/2018/01/18/park-police-shooting-victim-was-rear-ended-by-another-car-at-start-of-incident-then-fled-report-says/; Tom Jackman, *Video shows Park Police fired nine shots into Bijan Ghaisar's Jeep at close range, killing him*, Wash. Post (Jan. 24, 2018), https://www.washingtonpost.com/news/true-crime/wp/2018/01/24/video-shows-park-police-fired-nine-shots-into-bijan-ghaisars-jeep-at-close-range-killing-him/.

[3] Jackman, *Video shows Park Police fired nine shots into Bijan Ghaisar's Jeep at close range, killing him*, supra n.2.

[4] Tom Jackman, *Videos of Park Police shooting given to FBI, but still no information on who was shot, or why*, Wash. Post (Nov. 22, 2017), https://www.washingtonpost.com/news/true-crime/wp/2017/11/22/videos-of-park-police-shooting-given-to-fbi-but-still-no-information-on-who-was-shot-or-why/; Jackman, *Man shot by U.S. Park Police dies, was unarmed, family says*, supra n.1.

[5] Jackman, *Park Police shooting victim was rear-ended by another car at start of incident, then fled, report says*, supra n.2.

[6] Jackman, *Video shows Park Police fired nine shots into Bijan Ghaisar's Jeep at close range, killing him*, supra n.2.

[7] Tom Jackman, *Park Police officers who killed Bijan Ghaisar were told before pursuit he wasn't suspect in fender bender, recording shows*, Wash. Post (Aug. 13, 2021), https://www.washingtonpost.com/dc-md-va/2021/08/13/police-told-ghaisar-jeep-struck/.

3

13. Video of the chase shows that Ghaisar twice stopped on the side of the road, and Officers Amaya and Vinyard pulled up in their car alongside him.[8] Both times, Officers Amaya and Vinyard approached Ghaisar with guns drawn, and Ghaisar drove off.[9]

14. The first time that Ghaisar fled, one of the two Park Police officers can be seen on video slamming his gun on Ghaisar's car.[10]

15. The second time that Ghaisar stopped, Officers Amaya and Vinyard parked in front of Ghaisar's car and ran to his window.[11] Ghaisar again fled, while one of the officers can be seen on video kicking the vehicle.[12]

16. Officers Amaya and Vinyard pursued Ghaisar until he came to a third and final stop.[13] When Ghaisar attempted to drive around them a third time, Officers Amaya and Vinyard began shooting, firing more than nine rounds into the vehicle.[14]

17. Shooting at close range, the two Park Police officers struck Ghaisar several times, including several times in the head.[15] Ghaisar was in critical condition when he was taken to the hospital.[16] He was placed on life support and died 10 days later.[17]

---

[8] Jackman, *Video shows Park Police fired nine shots into Bijan Ghaisar's Jeep at close range, killing him*, supra n.2.

[9] *Id.*

[10] *Id.*

[11] *Id.*

[12] *Id.*

[13] *Id.*

[14] *Id.*

[15] *Justice Department letter declining charges in Ghaisar case*, Wash. Post (Nov. 15, 2019), https://www.washingtonpost.com/context/justice-department-letter-declining-charges-in-ghaisar-case/f478c2df-af9d-47a4-a10b-fb4803f4e160/?itid=sr_126.

[16] Jackman, *Videos of Park Police shooting given to FBI, but still no information on who was shot, or why*, supra n.4.

[17] Tom Jackman, *Friends, family honor Bijan Ghaisar, killed by U.S. Park Police, in Lincoln*

18. Ghaisar was unarmed when Officers Amaya and Vinyard shot and killed him.[18]

**Law Enforcement Agencies Delay Releasing Information About The Shooting**

19. Ghaisar's shooting quickly became the subject of local and national news.[19] The Park Police and other agencies involved, however, were slow to release any details about the events of November 17, 2017 or the investigations that ensued.

20. The Park Police initially refused to release Ghaisar's name or the names of the officers who had shot him.[20] While Ghaisar's name became public within a few weeks of the shooting, the identity of the officers who shot him remained secret for far longer.[21]

21. In January 2018, the Fairfax County Police Department released footage of the chase and shooting. A Fairfax County Police Officer, who joined in the chase approximately five minutes before the Park Police officers killed Ghaisar, had captured the events on video.[22]

---

*Memorial vigil*, Wash. Post (Dec. 7, 2017), https://www.washingtonpost.com/news/true-crime/wp/2017/12/07/friends-family-honor-bijan-ghaisar-killed-by-u-s-park-police-in-lincoln-memorial-vigil/.

[18] Tom Jackman, *Fairfax police: Bijan Ghaisar had no weapon when he was killed by Park Police*, Wash. Post (Oct. 29, 2018), https://www.washingtonpost.com/crime-law/2018/10/29/fairfax-police-bijan-ghaisar-had-no-weapon-when-killed-by-park-police/.

[19] *E.g.*, Tom Jackman, *Man shot by U.S. Park Police in critical condition*, Wash. Post (Nov. 18, 2017), https://www.washingtonpost.com/local/public-safety/man-shot-by-us-park-police-in-critical-condition/2017/11/18/b019689a-cca5-11e7-8321-481fd63f174d_story.html.

[20] Tom Jackman, *Silence again surrounds a police shooting in Fairfax County, this time by U.S. Park Police*, Wash. Post (Nov. 21, 2017), https://www.washingtonpost.com/news/true-crime/wp/2017/11/21/silence-again-surrounds-a-police-shooting-in-fairfax-county-this-time-by-u-s-park-police/; Jackman, *Videos of Park Police shooting given to FBI, but still no information on who was shot, or why*, supra n.4.

[21] Jackman, *Man shot by U.S. Park Police dies, was unarmed, family says*, supra n.1.

[22] Jackman, *Video shows Park Police fired nine shots into Bijan Ghaisar's Jeep at close range, killing him*, supra n.2.

5

22. Fairfax County's Police Chief made the decision to release the video and notified the FBI and Park Police of his intentions.[23] Both agencies discouraged releasing the video.[24]

23. In March 2018, the FBI advocated against releasing any evidence related to Ghaisar's shooting, claiming it could jeopardize an ongoing criminal investigation.[25]

24. After months went by without receiving any information about the investigation into the events leading to Ghaisar's shooting, U.S. Representative Don Beyer wrote to the FBI and requested an in-person meeting along with "a timeline for the investigation's probable conclusion."[26] The FBI rejected Representative Beyer's request to meet and provided no information on the timeline of its investigation.[27]

25. Just weeks before the one-year anniversary of the shooting, the Fairfax County Police Department released additional reports in response to a FOIA request from the *Post*.[28]

---

[23] *Id*.

[24] *Id*.; Tom Jackman, *Fairfax County Board of Supervisors asks FBI for answers, video in Park Police killing of Bijan Ghaisar*, Wash. Post (Dec. 12, 2017), https://www.washingtonpost.com/news/true-crime/wp/2017/12/12/fairfax-board-of-supervisors-asks-fbi-for-answers-video-in-park-police-killing-of-bijan-ghaisar/; Tom Jackman, *Fairfax police chief urges FBI to release video of Park Police shooting soon. The Victim's family wants to see it now.*, Wash. Post (Dec. 4, 2017), https://www.washingtonpost.com/news/true-crime/wp/2017/12/04/fairfax-police-chief-urges-fbi-to-release-video-of-park-police-shooting-soon-the-victims-family-wants-to-see-it-now/; Tom Jackman, *Second video released in Park Police Slaying of Bijan Ghaisar*, Wash. Post (Dec. 13, 2018), https://www.washingtonpost.com/crime-law/2018/12/13/second-video-released-park-police-slaying-bijan-ghaisar/.

[25] Tom Jackman, *Federal officials refuse meeting on Park Police slaying of Bijan Ghaisar, move to stop release of 911 tape*, Wash. Post (Apr. 6, 2018), https://www.washingtonpost.com/news/true-crime/wp/2018/04/06/federal-officials-refuse-meeting-on-park-police-slaying-of-bijan-ghaisar-move-to-stop-release-of-911-tape/.

[26] *Id*.

[27] *Id*.

[28] Jackman, *Fairfax police: Bijan Ghaisar had no weapon when he was killed by Park Police*, *supra* n.18.

6

According to those records, Ghaisar did not have a weapon "in plain view or reach of the driver," no weapons were found in the "rear of the vehicle," and "nothing was found" on Ghaisar when he was patted down after being pulled from the car.[29]

26. Despite these reports from Fairfax County, both the Park Police and the FBI have refused to confirm whether Ghaisar was armed or otherwise posed a threat to officers when they shot into his vehicle multiple times.[30]

27. Nearly thirteen months after Park Police shot and killed Ghaisar, the Fairfax County Police Department released video from a second in-car camera that captured the fatal encounter, again despite discouragement from federal investigators.[31]

**The Department of Justice Closes Its Investigation**

28. While the Park Police initially handled the investigation into the conduct of its officers, within three days of the shooting,[32] it turned the case over to the FBI to investigate "in the interest of objectivity."[33] The Department of Justice's Civil Rights Division and the U.S.

---

[29] *Id*.

[30] *Id*.

[31] Jackman, *Second video released in Park Police Slaying of Bijan Ghaisar*, supra n.24.

[32] Jackman, *Video shows Park Police fired nine shots into Bijan Ghaisar's Jeep at close range, killing him*, supra n.2; Jackman, *Videos of Park Police shooting given to FBI, but still no information on who was shot, or why*, supra n.4.

[33] Jackman, *Man shot by U.S. Park Police dies, was unarmed, family says*, supra n.1.

Attorney's Office for the District of Columbia oversaw the FBI's investigation.[34]  It lasted approximately two years.[35]

29.     On November 14, 2019—days before the second anniversary of Ghaisar's shooting—the Department of Justice announced its decision not to prosecute the Park Police officers.[36]

30.     According to the letter the Department of Justice sent to the Ghaisar family, its investigation involved interviewing "over 150 individuals, including law enforcement officers from [the Park Police], Fairfax County Police Department, and the Federal Law Enforcement Training Center, as well as civilian and medical witnesses"; collecting physical evidence, some of which it sent "for testing and analysis" at the FBI Laboratory at Quantico; and conducting "extensive ballistics and trajectory analyses . . . to determine both the sequence of the shots fired and which officer was responsible for each shot."[37]  None of these records generated in the course of the FBI's investigation have been released to date.

31.     The FBI's investigation also involved a recreation of the fatal shooting at the intersection where it occurred.  In June 2018, agents were seen taking photographs and measurements at the scene, and searching nearby brush.[38]  Afterwards, investigators apparently

---

[34] Jackman, *Video shows Park Police fired nine shots into Bijan Ghaisar's Jeep at close range, killing him*, supra n.2; Tom Jackman, *U.S. Park Police officers will not face federal charges in shooting of Bijan Ghaisar*, Wash. Post (Nov. 14, 2019), https://www.washingtonpost.com/local/public-safety/us-park-police-officers-will-not-face-charges-in-shooting-of-bijan-ghaisar/2019/11/14/1497a788-f1ab-11e9-89eb-ec56cd414732_story.html.

[35] Jackman, *U.S. Park Police officers will not face federal charges in shooting of Bijan Ghaisar*, supra n.34.

[36] *Id*.

[37] *Justice Department letter declining charges in Ghaisar case*, supra n.15.

[38] Tom Jackman, *As silence continues, family files FOIA requests in Park Police slaying of Bijan Ghaisar*, Wash. Post (July 10, 2018), https://www.washingtonpost.com/news/true-

engaged in a full-blown reenactment of the incident.[39]  These records generated in the course of the FBI's investigation have likewise not been made public.

32. The Department of Justice further wrote to the Ghaisar family that, "[a]fter a review of all the evidence, . . . we have declined to prosecute this matter as a federal civil rights crime," and "[a]ccordingly, we have decided to close this matter."[40]  With that, the federal investigation into Ghaisar's shooting concluded.[41]

33. In June 2022, the Department of Justice stated that it would not reopen its investigation into Ghaisar's shooting.[42]  As of this filing, no other federal investigations or prosecutions arising from the Ghaisar shooting remain pending.

**Fairfax County's Criminal Prosecution Concludes**

34. In December 2019, after the Department of Justice's initial decision not to charge the Park Police officers over the shooting, the Fairfax County Attorney announced that his office intended to present the case to a grand jury for possible murder charges.[43]

35. Even after closing its own investigation, the FBI continued to hinder any meaningful public scrutiny of the Ghaisar shooting – and, by extension, the Justice Department's

---

crime/wp/2018/07/10/as-silence-continues-family-files-foia-requests-in-park-police-slaying-of-bijan-ghaisar/.

[39] *Id*.

[40] *Justice Department letter declining charges in Ghaisar case*, *supra* n.15.

[41] *Id*.

[42] Tom Jackman, *Justice Dept. won't reopen probe of Bijan Ghaisar's slaying by Park Police*, Wash. Post (June 10, 2022), https://www.washingtonpost.com/dc-md-va/2022/06/10/justice-department-declines-reopen-ghaisar/.

[43] Tom Jackman, *Fairfax prosecutors seeking indictments against Park Police officers in fatal shooting of Bijan Ghaisar*, Wash. Post (Dec. 18, 2019), https://www.washingtonpost.com/crime-law/2019/12/18/fairfax-prosecutors-seeking-indictments-against-park-police-officers-fatal-shooting-bijan-ghaisar/.

9

decision not to pursue charges – reportedly withholding hundreds of documents from Fairfax County prosecutors who took up their own investigation into the shooting after the Department of Justice declined to prosecute Officers Amaya and Vinyard.[44]

36. In October 2020, a Fairfax County grand jury charged Officers Amaya and Vinyard with manslaughter and reckless use of a firearm.[45]

37. Defendants removed the case to federal court,[46] and the federal district court dismissed the criminal charges a year and a half later.[47]

38. Prosecutors with the Virginia Attorney General's Office and the Fairfax County Attorney's Office appealed that decision to the U.S. Court of Appeals for the Fourth Circuit,[48] but the Attorney General of Virginia subsequently dropped the appeal, ending the Commonwealth's attempt at criminally prosecuting Officers Amaya and Vinyard for Ghaisar's death.[49]

---

[44] Tom Jackman, *FBI withholds hundreds of documents from Fairfax in probe of Bijan Ghaisar killing*, Wash. Post (June 5, 2020), https://www.washingtonpost.com/crime-law/2020/06/05/fbi-withholds-hundreds-documents-fairfax-probe-bijan-ghaisar-killing/.

[45] Tom Jackman, *Park Police officers charged with manslaughter in 2017 slaying of unarmed motorist Bijan Ghaisar*, Wash. Post (Oct. 15, 2020), https://www.washingtonpost.com/nation/2020/10/15/bijan-ghaisar-manslaughter-charges/.

[46] Tom Jackman, *Manslaughter case in Park Police killing of Bijan Ghaisar moves to federal court*, Wash. Post (Apr. 23, 2021), https://www.washingtonpost.com/dc-md-va/2021/04/23/ghaisar-case-to-fed-court/.

[47] Tom Jackman, *Judge dismisses criminal charges against Park Police officers in Bijan Ghaisar slaying*, Wash. Post (Oct. 22, 2021), https://www.washingtonpost.com/dc-md-va/2021/10/22/ghaisar-case-dismissed/.

[48] Tom Jackman, *Prosecution appeals dismissal of Bijan Ghaisar manslaughter case vs. Park Police officers*, Wash. Post (Oct. 26, 2021), https://www.washingtonpost.com/crime-law/2021/10/26/va-appeals-ghaisar-ruling/.

[49] Tom Jackman, *Va. Attorney General Miyares ends prosecution of U.S. Park Police officers in Ghaisar case*, Wash. Post (Apr. 22, 2022), https://www.washingtonpost.com/dc-md-va/2022/04/22/ghaisar-case-dismissed/.

39.     As of this filing, no other state investigations or prosecutions arising from the Ghaisar shooting remain pending.

**Ghaisar's Family Settles Its Civil Suit**

40.     The Ghaisar family filed a civil suit against the federal government and "John Doe" Park Police officers in August 2018.[50]  It was only in March 2019, in response to a discovery request as part of that civil litigation, that the Park Police finally identified the two officers who shot and killed Ghaisar as Alejandro Amaya and Lucas Vinyard.

41.     The Ghaisar family later dismissed the case against Officers Amaya and Vinyard, maintaining the case against the United States alone.[51]

42.     The family's civil case stalled while criminal charges were pending against the officers in Virginia,[52] but it resumed upon dismissal of the criminal cases against the officers.[53]

---

[50] The family voluntarily dismissed the action without prejudice on October 15, 2018, *see Ghaisar et al. v. United States*, No. 1:18-cv-00954-TSE-MSN, ECF No. 14 (E.D. Va. Oct. 15, 2018), and refiled the case the next day, *see Ghaisar et al. v. United States*, No. 1:18-cv-01296-CMH-IDD, ECF No. 1 (E.D. Va. Oct. 16, 2018).  The United States was dismissed from that case, *id*., ECF No. 18 at 1, but the family subsequently refiled a separate Federal Tort Claims Act case against it, *see Ghaisar et al. v. United States*, No. 1:19-cv-01224-CMH-IDD, ECF No. 1 (E.D. Va. Sept. 19, 2019).

[51] Tom Jackman, *Park Police officers dismissed from Ghaisar civil suit*, Wash. Post (Aug. 26, 2020), https://www.washingtonpost.com/local/public-safety/park-police-officers-dismissed-from-ghaisar-civil-suit/2020/08/26/1b13e026-e71f-11ea-970a-64c73a1c2392_story.html.

[52] Tom Jackman, *Civil trial in Park Police slaying of Bijan Ghaisar postponed until next year*, Wash. Post (Oct. 30, 2020), https://www.washingtonpost.com/dc-md-va/2020/10/30/ghaisar-civil-case-postponed/; Tom Jackman, *Case of Park Police slaying of Bijan Ghaisar grinds to a halt, again*, Wash. Post (Mar. 15, 2021), https://www.washingtonpost.com/nation/2021/03/15/ghaisar-case-stops/.

[53] Tom Jackman, *Family of Bijan Ghaisar marks five years since Park Police killing*, Wash. Post (Nov. 17, 2022), https://www.washingtonpost.com/dc-md-va/2022/11/17/ghaisar-five-year-anniversary-killing/.

11

43. The civil case ultimately settled after the government agreed to pay the Ghaisar family $5 million.[54] The U.S. District Court for the Eastern District of Virginia approved the settlement in April 2023,[55] and the case officially concluded in July 2023, when the parties jointly stipulated to the dismissal of the action, which the Court granted shortly thereafter.[56]

44. As of this filing, therefore, no more civil or criminal actions arising from the shooting of Bijan Ghaisar remain pending.

**The *Post*'s FOIA Request**

45. Nearly six years have passed since Ghaisar's shooting, four years have gone by since the FBI concluded its investigation, two years have elapsed since the state criminal case ended, and even the Ghaisar's civil lawsuit has settled. The time has come for the public to gain access to any and all remaining records about the Ghaisar shooting—and there is no cognizable basis for the FBI to continue keeping any such records secret.

46. On May 12, 2023, the *Post* submitted a FOIA request to the FBI seeking "[a]ll investigative reports, interviews, photographs, diagrams, PowerPoint presentations, video and other documents gathered in the investigation of the November 17, 2017, shooting of Bijan Ghaisar in Fairfax County, VA." A true and correct copy of the *Post*'s request is attached hereto as Exhibit A.

---

[54] Tom Jackman, *U.S. agrees to $5 million settlement over police killing of Bijan Ghaisar*, Wash. Post (Apr. 21, 2023), https://www.washingtonpost.com/dc-md-va/2023/04/21/bijan-ghaisar-settlement-park-police-shooting/.

[55] *Ghaisar et al. v. United States*, No. 1:19-cv-01224-CMH-IDD, ECF No. 166 (E.D. Va. Apr. 28, 2023).

[56] *Id.*, ECF No. 167 (July 18, 2023); *id.*, ECF No. 168 (July 20, 2023).

47. On September 7, 2023, the FBI acknowledged receipt of the *Post*'s request, assigning it handling number 1592389-000.  A true and correct copy of the FBI's letter is attached hereto as Exhibit B.

48. In its acknowledgment, the FBI stated that "'unusual circumstances' appl[ied] to the processing of [the *Post*'s] request," such that it would "delay [the FBI's] ability to make a determination on your request within 20 days," citing 5 U.S.C. § 552(a)(6)(B)(iii).  *See* Ex. B at 1.  The FBI expressly disclaimed that its acknowledgment letter constituted "a determination of how the FBI will respond to your substantive request[.]"  *Id.*

49. The FBI's September 7, 2023 letter did not specify a date by which it would make a determination on the *Post*'s request, as required by law.  5 U.S.C. § 552(a)(6)(B)(i).

50. The *Post* has not received any further communication or response from the FBI regarding its FOIA request since the September 7, 2023 acknowledgment letter.

51. To date, the FBI has not produced any records responsive to the *Post*'s request.

52. To date, the FBI has not informed the *Post* as to the scope of the records, if any, that the agency will produce in response to the request.

53. To date, the FBI has not provided a timetable for the production of any records in response to the *Post*'s request.

54. To date, the FBI has not cited any allegedly applicable FOIA exemption(s) or otherwise identified any basis for withholding, in whole or in part, any of the requested records.

### CLAIM FOR RELIEF

#### COUNT I
#### Declaratory and Injunctive Relief:
#### Constructive Denial in Violation of FOIA, 5 U.S.C. § 552

55. The *Post* realleges and incorporates by reference all previous paragraphs as if fully set forth herein.

56. FOIA provides this Court with "jurisdiction to enjoin [the FBI] from withholding agency records and to order the production of any agency records improperly withheld from [the *Post*]." 5 U.S.C. § 552(a)(4)(B).

57. The records the *Post* seeks are agency records within the FBI's control.

58. FOIA requires that within 20 working days of receiving a FOIA request, an agency must notify the requester of, *inter alia*, the scope of the documents that the agency will produce and the scope of the documents that the agency plans to withhold under any FOIA exemptions. *See* 5 U.S.C. § 552(a)(6)(A)(i).

59. The FBI received the *Post*'s FOIA request on May 12, 2023. Ex. A.

60. Pursuant to FOIA, the FBI was required to respond to the *Post*'s request by June 12, 2023. 5 U.S.C. § 552(a)(6)(A)(i).

61. Even assuming "unusual circumstances" existed in order to process the *Post*'s request, the FBI was required to respond to the *Post*'s request no later than June 27, 2023. *See* 5 U.S.C. § 552(a)(6)(B)(i).

62. To date, however, the FBI has not made and communicated to the *Post* a "determination" on its request within the meaning of 5 U.S.C. § 552(a)(6)(A)(i).

63. There is no basis under FOIA to withhold, in whole or in part, the records requested by the *Post*. The FBI has wrongfully withheld agency records in violation of FOIA.

64. The *Post* requests a declaratory judgment that the FBI has violated FOIA and that the *Post* is entitled to immediately receive the requested records.

65. The *Post* further requests that, pursuant to 5 U.S.C. § 552(a)(4)(B), the Court issue an injunction directing the FBI to produce the requested agency records in full and setting a deadline for compliance.

## **REQUEST FOR RELIEF**

WHEREFORE, the *Post* respectfully requests that this Court:

A. Declare the FBI's failure to provide responsive records unlawful under FOIA;

B. Enter an injunction, pursuant to 5 U.S.C. § 552(a)(4)(B), directing the FBI to make the requested records available to the *Post*, unredacted, and without further delay, and setting a deadline for compliance;

C. Provide for expeditious proceedings in this action;

D. Award the *Post* its costs and reasonable attorneys' fees incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

E. Grant such other and further relief as the Court may deem just and proper.

Dated: January 10, 2024            Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200 | Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com

Isabella Salomão Nascimento (*pro hac vice* forthcoming)
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 371-3281 | Fax: (612) 371-3207
salomaonascimentoi@ballardspahr.com

*Counsel for Plaintiff WP Company LLC*
*d/b/a The Washington Post*

15